# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, ) | |
| ) | |
| Plaintiff, ) | C. A. No. 19-cv-163 MAK |
| ) | |
| vs. ) | |
| ) | NOTICE OF APPEAL |
| COUNTY OF LEHIGH ) | |
| PENNSYLVANIA, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEAL**

FILED
NOV 12 2019
KATE PARKMAN, Clerk

NOTICE IS HEREBY GIVEN that Edward Thomas Kennedy, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order signed by KEARNEY, J., signed in this action on the 1st day of November, 2019.

without prejudice

without prejudice

Edward Thomas Kennedy
800 Court St., Apt 223
Reading, Pa [19601]

*Date: November 11, 2019.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of heretofore **NOTICE OF APPEAL** is served upon the court of record by regular U.S. mail to the following location:

>Clerk of Court
>U.S. District Court, E.D. Pa.
>U.S. Courthouse
>601 Market Street
>Philadelphia, PA 19106

*[FILED NOV 12 2019 stamp]*

without prejudice
without prejudice
Et TL/C

Edward Thomas Kennedy

Date: November 11, 2019



U.S.M.S.
X-RAY

HARRISBURG PA 171
12 NOV 2019 PM 4 L

Clerk of court
US District Court
601 Market St.
Philadelphia, PA 19106

EDY Pa.

19106-179699

Thomas Kennedy
t St, Apt. 223
PA 19601