# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EDWARD THOMAS KENNEDY | : CIVIL ACTION |
|---|---|
| v. | : NO. 19-163 |
| COUNTY OF LEHIGH PENNSYLVANIA, *et al.* | : |

## ORDER

**AND NOW**, this 1st day of November 2019, upon considering *pro se* Plaintiff's Motion to recuse (ECF Doc. No. 21) in a case closed on January 25, 2019 (ECF Doc. No. 8), consistent with our September 6, 2019 Order (ECF Doc. No. 20) denying the same relief but the *pro se* Plaintiff now frivolously seeking recusal based upon allegations made in tweets concerning President Obama which have no relation to this case, to me, or to the record, it is **ORDERED** Plaintiff's Motion to recuse (ECF Doc. No. 21) is **DENIED**.

_____
KEARNEY, J.