OFFICE OF THE CLERK

| | | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT**<br>**CLERK** | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA  19106-1790<br>Website: www.ca3.uscourts.gov | TELEPHONE<br>215-597-2995 |



December 10, 2019

District Attorney Lehigh County
Lehigh County Office of District Attorney
455 West Hamilton Street
Allentown, PA 18101

RE: Edward Kennedy v. County of Lehigh, et al
Case Number: 19-3653
District Court Case Number: 5-19-cv-00163

Dear Counsel:

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/forms.**

Pursuant to our docketing letter dated **11/21/2019**, you were requested to forward to this office the following form(s) in the above-entitled case:

**Appearance Form**

As of this date, we have not received your form(s).

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Marianne
Legal Assistant
267-299-4911